

THOMAS E. MAY
CHAPTER 7 TRUSTEE
P.O. BOX 1776

ELK GROVE, CA 95759
(916) 686-8661

**FILED**

JUN 08 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In re:

STEVEN JOHN EDDY

LEONA RENEE EDDY

_____ ,Debtor

CASE NO. 10-29134-B-7

DCN: TEM-01
DATE: July 20, 2010

TIME: 9:30 a.m.
Dept C., Sixth Floor, Courtroom 35

## TRUSTEE'S MOTION TO SELL THE ESTATE'S INTEREST IN REAL PROPERTY

Thomas E. May, Bankruptcy Trustee herein, respectfully represents:

1. STEVEN JOHN EDDY and LEONA RENEE EDDY ("Debtor") filed a Chapter 7 petition on 04/09/10.

2. Thomas E. May has been appointed the Chapter 7 Trustee herein.

3. The Debtor has listed in his bankruptcy schedules, Schedule A, a 100% interest in a 40 acres section with the apn# 28-4-18, located in Kiowa County, Oklahoma, with an estimated value of $21,500.00. The Debtor has exempted $18,267.42 for this asset.

4. The Trustee believes that the property is worth $26,000.00 based on recent comparable sales, and a report from Advantage Realty of Atlus Oklahoma. Given such economics after normal real estate commission, Debtor exemption, and other closing costs, (See exhibit A) leaving a remainder of $5,685.00 as net value for the estate.

5. The Trustee has received an offer from Steven John Eddy, Debtor, ("Buyer") to purchase the estate's interest in the property for $5,685.00. The offer is subject to any and all liens currently filed against the property. The Trustee believes that a $5,685.00 offer is in the best interest of this bankruptcy estate. This transaction is subject to overbid in the incremental amount of at least $1,000.00 or as the U.S. Bankruptcy Court directs. To qualify as a bidder, the bidder must bring to the Court a Cashier's check or a certified check for $5,685.00. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful. The successful over bidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale. Escrow to close within thirty (30) days.

6. Any escrow, title and other costing costs for this transaction shall be the responsibility of the Buyer.

**WHEREFORE**, Thomas E. May respectfully requests:

1. This Court approve the sale of the estate's interest in real property located at Section # 28-4-18, Kiowa County, Oklahoma, subject to any and all filed liens currently filed against the real property to STEVEN JOHN EDDY and LEONA

RENEE EDDY for $5,685.00. The sale price is net after the credit for exemption of $18,267.42.

2. For such other and further relief as the court deems appropriate.

DATED: June 3, 2010

Thomas E. May
Chapter 7 Trustee

## EXHIBIT A

10-29134
STEVEN JOHN EDDY
18660 TOYON CT
SUTTER CREEK, CA 95685

|  | Debtor Opinion | Trustee Opinion |
|---|---|---|
| Current Marketable Price | $21,500.00 | 26,000.00 |
| + or – Economic Forecast |  |  |
| less selling commission and title exp. | 1,720.00 | 2,047.58 |
| less lien holders balance | 0.00 | 0.00 |
| less Exemption | 18,267.42 | 18,267.42 |
| Possible estate equity | 1,512.58 | 5,685.00 |

Created by Thomas E. May Trustee 5/25/10

Advantage Realty of Atlas, LLC

# COMP SALES FOR ACREAGE KIOWA COUNTY
# INFORMATION TAKEN FROM KIOWA COUNTY
# COURTHOUSE

1521632     53  ACRES  01/20/10   22,000     415
AC
341811      148 ACRES  02 /11/10  95,000     641
AC
941813      46 ACRES
951814      21 ACRES   03/17/10   72,500    1066
AC

## ALL THE COMPARABLE SALES HAVE BEN
## MADE IN LAST 6 MONTHS  941813/951814
## WERE IRRIGATED

## IN MY PROFESSINAL OPINION THE 40 ACRES
## WILL BRING 600-650 ACRE AND TAKE 90-120
## DAYS TO SELL

625
600
40

5
259 000

25 000
2500
22 500

**Advantage Realty of Altus , LLC**
**LINDA ANDERSON , Realtor**
**101 W. Commerce**
**Altus, OK 73521**

My professional opinion and appraisal of the
following
properties

40 acres of wheatland in Kiowa County
Legal 40 acres in Sec 28-4-18

the 40 acres will bring between $600.00 and
$650.00
per acre. closing cost would be approx $3000.00
to
$3500.00. See attached comparison sales

Legal Orig Mt Park Blk 68 Lots 10,11,12

The 3 lots in the city of Mt Park , Oklahoma have
an approx value of $4000.00 less the cost of
demolishing
home located on property. This value is based
on a recent
sale I made in this community. The lots have a
value of approx $1000.00 each an additional
$1000.00 added for the lots being connected. Mt